UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHARLES RANDALL

    v.                                                                   CA 14-383 ML

JOHN C. KROLLMAN, et al.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on September 4, 2014. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation in its entirety.

Plaintiff's Petition for Writ of Habeas Corpus (Docket #1) is DISMISSED WITHOUT PREJUDICE and the Application to Proceed Without Prepayment of Fees and Affidavit (Docket #2) is DENIED as MOOT.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
September 24, 2014